# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JACKIE D. JOHNSON                                                                        PLAINTIFF

v.                      No. 3:13CV00063 JLH

STATE OF ARKANSAS;
and CITY OF POCAHONTAS, ARKANSAS                         DEFENDANTS

## ORDER

      The Court has dismissed Jackie D. Johnson's complaint against Randolph County, Arkansas. Therefore, Johnson's motion for summary judgment is denied as moot (Document #12), and Randolph County's motion to strike is likewise denied as moot (Document #17).

      IT IS SO ORDERED this 3rd day of May, 2013.

                                                                       _____
                                                                       J. LEON HOLMES
                                                                       UNITED STATES DISTRICT JUDGE