**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JACKIE D. JOHNSON                                                    PLAINTIFF

v.                          No. 3:13CV00063 JLH

STATE OF ARKANSAS;
and CITY OF POCAHONTAS, ARKANSAS                  DEFENDANTS

**ORDER**

The Court has dismissed Jackie D. Johnson's complaint against Randolph County, Arkansas. Therefore, Johnson's motion for summary judgment is denied as moot (Document #12), and Randolph County's motion to strike is likewise denied as moot (Document #17).

IT IS SO ORDERED this 3rd day of May, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE