**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JACKIE D. JOHNSON                                                                    PLAINTIFF

v.                                              No. 3:13CV00063 JLH

STATE OF ARKANSAS;
RANDOLPH COUNTY, ARKANSAS;
and CITY OF POCAHONTAS, ARKANSAS                                    DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Opinion and Order entered separately today, Jackie D. Johnson's claims

against the State of Arkansas are dismissed with prejudice, while his claims against Randolph County,

Arkansas, and the City of Pocahontas, Arkansas, are dismissed without prejudice.

IT IS SO ORDERED this 31st day of July, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE